**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
In The Court of Appeals

The Spriggs Group, P.C., Respondent,

v.

Gene R. Slivka, Appellant.

Appellate Case No. 2015-001457

———————

Appeal From Colleton County
William H. Seals, Jr., Circuit Court Judge

———————

Unpublished Opinion No. 2017-UP-284
Heard May 2, 2017 – Filed July 12, 2017

———————

**AFFIRMED**

———————

Robert T. Lyles, Jr., of Lyles & Lyles, of Charleston, for Appellant.

James A. Bruorton, IV, and Timothy J.W. Muller, both of Rosen Rosen & Hagood, LLC, of Charleston, for Respondent.

———————

**PER CURIAM:** In this action for foreclosure of a mechanic's lien and breach of contract, Gene Slivka argues the circuit court erred in awarding The Spriggs Group, P.C. attorney's fees. We affirm pursuant to Rule 220(b), SCACR, and the following authorities: *Jackson v. Speed*, 326 S.C. 289, 308, 486 S.E.2d 750, 760

(1997) (holding the following six factors should be considered when determining reasonable attorney's fees: "(1) the nature, extent, and difficulty of the case; (2) the time necessarily devoted to the case; (3) professional standing of counsel; (4) contingency of compensation; (5) beneficial results obtained; and (6) customary legal fees for similar services"); *Kiriakides v. Sch. Dist. of Greenville Cty.*, 382 S.C. 8, 20, 675 S.E.2d 439, 445 (2009) ("The decision to award or deny attorneys' fees under a state statute will not be disturbed on appeal absent an abuse of discretion."); *id.* ("An abuse of discretion occurs when the conclusions of the trial court are either controlled by an error of law or are based on unsupported factual conclusions." (quotation marks omitted)); *id.* ("Similarly, the specific amount of attorneys' fees awarded pursuant to a statute authorizing reasonable attorneys' fees is left to the discretion of the trial judge and will not be disturbed absent an abuse of discretion." (quotation marks omitted)).

**AFFIRMED.**

**LOCKEMY, C.J., and HUFF and THOMAS, JJ., concur.**